**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |

_____/

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**
<u>MARILYN BEACH AND RICHARD BEACH</u>
(Plaintiff Name(s))

### SHORT-FORM COMPLAINT – VERSION 2

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Amended Master Personal Injury Complaint ("AMPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint – Version 2 as permitted by Pretrial Order No. 31 and as modified by the Court's Orders regarding motions to dismiss [DE 2532, 2512, 2513, 2515, and 2016].

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

### I.     PARTIES, JURISDICTION, AND VENUE

**A. PLAINTIFF(S)**

1. Plaintiff(s) <u>Marilyn Beach</u> ("Plaintiff(s)") brings this action (check the applicable designation):

    ☒    On behalf of [*himself/herself*];

☐ In representative capacity as the _____, on behalf of the injured party, (Injured Party's Name) _____.

2. Injured Party is currently a resident and citizen of (City, State) <u>Las Vegas, NV</u> and claims damages as set forth below.

—OR—

Decedent died on (Month, Day, Year) _____. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _____.

If any party claims loss of consortium,

3. <u>Richard Beach</u> ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) <u>Las Vegas, NV.</u>

5. At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) <u>Las Vegas, NV.</u>

**B. DEFENDANT(S)**

6. Plaintiff(s) name(s) the following Defendants from the Amended Master Personal Injury Complaint in this action:

   **a. Brand-Name Manufacturers:**
   Boehringer Ingelheim Pharmaceuticals, Inc.; GlaxoSmithKline LLC; Pfizer Inc.; Sanofi-Aventis U.S. LLC

   **b. Generic Manufacturers:** Ajanta Pharma USA Inc.; Ajanta Pharma Ltd.; Amerisource Health Services, LLC d/b/a American Health Packaging; AmerisourceBergen Corporation; Amneal Pharmaceuticals LLC; Amneal Pharmaceuticals of New York, LLC; ANDA Repository, LLC; Apotex Corporation; Apotex Inc.; Appco Pharma LLC; Auro Health LLC; Aurobindo Pharma USA, Inc.; Aurobindo Pharma, Ltd.; Contract Pharmacal Corp.; Dr. Reddy's Laboratories Inc.; Dr. Reddy's Laboratories, Ltd.; Dr. Reddy's Laboratories SA; Geri-Care Pharmaceuticals, Corp.; Glenmark Pharmaceuticals, Inc. USA; Glenmark Generics Ltd; Glenmark Pharmaceuticals Ltd.; Granules USA, Inc.; Granules India, Ltd.; Heritage Pharma Labs Inc.; Heritage Pharmaceuticals, Inc.; Emcure Pharmaceuticals Ltd.; Hikma Pharmaceuticals USA, Inc. f/k/a West-Ward Pharmaceuticals Corp.; Hikma Pharmaceuticals International, Ltd. f/k/a West-Ward Pharmaceuticals International, Ltd; Hikma Pharmaceuticals, PLC; Unique

      Pharmaceuticals Laboratories, Ltd.; J B Chemicals and Pharmaceuticals Ltd.; Lannett Co., Inc.; Mylan Pharmaceuticals, Inc.; Mylan Institutional LLC; Mylan, Inc.; Mylan Laboratories Ltd.; Nostrum Laboratories Inc.; Novitium Pharma LLC; PAI Holdings, LLC f/k/a Pharmaceuticals Associates, Inc.; Par Pharmaceutical Inc.; L. Perrigo Co.; Perrigo Company; Perrigo Research & Development Company; Perrigo Company, plc; Sandoz Inc.; Strides Pharma, Inc.; Ranbaxy Inc.; Sun Pharmaceutical Industries, Inc. f/k/a/ Ranbaxy Pharmaceuticals Inc.; Sun Pharmaceutical Industries Ltd.; Taro Pharmaceutical Industries Ltd.; Actavis Mid Atlantic LLC; Teva Pharmaceuticals U.S.A., Inc.; Watson Laboratories, Inc.; Teva Pharmaceutical Industries Ltd.; Torrent Pharma Inc.; Wockhardt USA LLC; Wockhardt USA, Inc.; Wockhardt Ltd.; Zydus Pharmaceuticals (USA) Inc.; Cadila Healthcare Ltd.;

    c. **Distributors and Repackager:** AmerisourceBergen Corporation; Cardinal Health, Inc.; Chattem, Inc.; McKesson Corporation; Denton Pharma Inc. d/b/a Northwind Pharmaceuticals; Golden State Medical Supply, Inc.

    d. **Retailers:** Costco Wholesale Corporation; CVS Pharmacy, Inc.; Walgreen Co.; Duane Reade, Inc.; Walgreens Boot Alliance, Inc.

    e. **Others Not Named in the AMPIC:** n/a

## C. JURISDICTION AND VENUE

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]: **United States District Court, District of Nevada**

8. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

    ☒ By prescription

    ☒ Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) <u>January 1986</u> to <u>June 2020.</u>

### III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☒ | BREAST CANCER | December 2020 |
| ☐ | COLORECTAL/INTESTINAL CANCER | |
| ☐ | ESOPHAGEAL CANCER | |
| ☐ | GASTRIC CANCER | |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☐ | PROSTATE CANCER | |
| ☐ | OTHER CANCER: _____ | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Amended Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

14. By checking the appropriate causes of action below, Plaintiff(s) assert these causes of action based upon the law and applicable Sub-Counts of the following state(s):[1]

---

[1] In selecting the relevant states above, Plaintiffs reserve all rights to argue choice of law issues at a later time.

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the AMPIC |
|---|---|---|---|
| ☒ | I | Strict Products Liability – Failure to Warn through Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | II | Negligence – Failure to Warn through Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** LA, NJ, OH, and WA |
| ☒ | III | Strict Products Liability – Failure to Warn through Proper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | IV | Negligence – Failure to Warn through Proper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** LA, NJ, OH, OK, and WA |
| ☒ | V | Negligence - Failure to Warn Consumers through the FDA (Against Brand-Name and Generic Manufacturer Defendants) | CA, DE, DC, HI, IN, KY, LA, MD, MA, MN, MO, NV, NY, OR, and PA |
| ☒ | VI | Strict Products Liability – Design Defect Due to Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | VII | Strict Products Liability – Design Defect Due to Improper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☐ | VIII | Negligent Failure to Test (Against Brand-Name and Generic Manufacturer Defendants) | KS, TX |
| ☒ | IX | Negligent Product Containers: (Against Brand-Name and Generic Manufacturers of pills) | All States and Territories |
| ☒ | X | Negligent Storage and Transportation Outside the Labeled Range (Against All Retailer and Distributor Defendants) | All States and Territories |
| ☒ | XI | Negligent Storage and Transportation Outside the Labeled Range (Against All Brand-Name and Generic Manufacturer Defendants) | All States and Territories |
| ☒ | XII | Negligent Misrepresentation (Against Brand-Name Manufacturers by Generic Consumers in California) | CA only |

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the AMPIC |
|---|---|---|---|
| ☐ | XIII | Reckless Misrepresentation (Against Brand-Name Manufacturers by Generic Consumers in Massachusetts) | MA only |
| ☒ | XIV | Unjust Enrichment (Against All Defendants) | All States and Territories |
| ☒ | XV | Loss of Consortium (Against All Defendants) | All States and Territories |
| ☐ | XVI | Wrongful Death (Against All Defendants) | All States and Territories |

If Count XV or Count XVI is alleged, additional facts supporting the claim(s):

As a consequence of Defendants' conduct causing Plaintiff injury, Plaintiff has been unable to perform services as partner to Consortium Plaintiff, Richard Beach, including but not limited to the loss and impairment of her companionship, aid, assistance, comfort and society and services to her partner in performing domestic and household functions. Consortium Plaintiff has suffered emotional distress and loss of companionship, society, comfort and consortium as a result of Plaintiff's inability to perform her domestic and household functions. Consortium Plaintiff is entitled to fair and reasonable compensation for the loss and impairment of Plaintiff's ability to perform services as his partner because of her injuries. Consortium Plaintiff has suffered damages and has had to retain the services of an attorney and will incur attorneys' fees and costs that are presently undetermined. Consortium Plaintiff is entitled to an award thereof.

## V.  JURY DEMAND

15. Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

/ / /

/ / /

/ / /

/ / /

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Amended Master Personal Injury Complaint.

DATED: April 15, 2021.

                                        Respectfully submitted,

                                        KEMP JONES, LLP

                                        */s/ Eric Pepperman*
                                        ERIC PEPPERMAN, ESQ.
                                        Nevada Bar No. 11679
                                        3800 Howard Hughes Parkway, 17th Floor
                                        Las Vegas, Nevada 89169
                                        *Counsel for Plaintiffs*